UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 37260
  HERMINIGILDO G ALMARIA
  BERNARDITA LEYBA ALMARIA                    CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

          Debtor
     SSN XXX-XX-5468     SSN XXX-XX-0376

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/07/04 and confirmed on 07/08/05.

     2.  The case was dismissed after confirmation, 08/24/2007.

     3.  The Debtor paid a total of $ 54024.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | .00 | .00 | .00 |
| REAL TIME RESOLUTIONS | SECURED | .00 | .00 | .00 |
| FIRST BANK & TRUST EVANS | SECURED | .00 | .00 | .00 |
| US BANK | SECURED | 6200.00 | 289.86 | 6200.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 23668.09 | .00 | 8127.64 |
| BECKET & LEE LLP | UNSECURED | 6309.20 | .00 | 2166.59 |
| ROUNDUP FUNDING LLC | UNSECURED | 5548.12 | .00 | 1905.24 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1471.07 | .00 | 505.14 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3402.55 | .00 | 1168.42 |
| DISCOVER BANK | UNSECURED | 5739.04 | .00 | 1970.81 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CIT TECHNOLOGY FINANCING | UNSECURED | 14444.63 | .00 | 4960.33 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3375.68 | .00 | 1159.19 |
| CITICARDS PRIVATE LABEL | UNSECURED | 8194.49 | .00 | 2814.02 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8570.16 | .00 | 2943.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8066.47 | .00 | 2770.03 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MURIL BULCHAND | UNSECURED | NOT FILED | .00 | .00 |
| NORDIC PROPERTIES | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PRIMUS FINANCIAL SERVICE | UNSECURED | 18771.29 | .00 | 6446.06 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 381.14 | .00 | 130.87 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| BELL WEST VISA | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | 6250.00 | 292.20 | 6250.00 |
| CONSUMERS COOP CU | SECURED | .00 | .00 | .00 |
| CONSUMERS COOP CU | UNSECURED | 4540.34 | .00 | 1559.16 |

```
MARLING MANAGEMENT         UNSECURED     NOT FILED          .00          .00
MBNA AMERICA               NOTICE ONLY   NOT FILED          .00          .00
PEOPLES GAS                UNSECURED     NOT FILED          .00          .00
LAKE COUNTY COLLECTOR      NOTICE ONLY   NOT FILED          .00          .00
US BANK                    UNSECURED - C   301.98           .00       160.05
```

Summary of disbursements:
------------------------------------------------------------------------------

|                     | SECURED   | PRIORITY | UNSECURED  | OTHER   | TOTAL     |
|---------------------|-----------|----------|------------|---------|-----------|
| TOTAL CLMS ALLOWED  | 12450.00  | .00      | 112482.27  | 301.98  | 125234.25 |
| PRINCIPAL PAID      | 12450.00  | .00      | 38626.51   | 160.05  | 51236.56  |
| INTEREST PAID       | 582.06    | .00      | .00        | .00     | 582.06    |
| TOTAL PAID          | 13032.06  | .00      | 38626.51   | 160.05  | 51818.62  |

The Debtor's attorney, LESTER A OTTENHEIMER         , was allowed $   2000.00
and was paid $   2000.00  direct and $       .00  through the plan.

The Trustee received $   2205.38 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/16/07                /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 37260 HERMINIGILDO G ALMARIA & BERNARDITA LEYBA ALMARIA